# United States Court of Appeals
## For the First Circuit

Nos. 18-1778
     18-1813
     18-1867
     18-1976

THE PARENT/PROFESSIONAL ADVOCACY LEAGUE; DISABILITY LAW CENTER,
INC.; M.W., a minor, by his temporary guardian, F.D., on behalf
       of himself and other similarly situated students,

Plaintiffs, Appellants/Cross-Appellees,

S.S., a minor, by his mother, S.Y., on behalf of himself and
            other similarly situated students,

Plaintiff,

v.

CITY OF SPRINGFIELD, MASSACHUSETTS; SPRINGFIELD PUBLIC SCHOOLS,

Defendants, Appellees/Cross-Appellants,

DOMENIC SARNO, in his official capacity as Mayor of City of
Springfield; SUPERINTENDENT DANIEL J. WARWICK, in his official
    capacity as Superintendent of Springfield Public Schools,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on August 8, 2019, is amended as follows:

On page 10, line 11, replace "Fry" with "_Fry_"

On page 15, line 21, replace "id." with "_id._"

On page 5, line 17, replace " §§" with "§"

On page 7, line 14, replace " §§" with "§"

On page 13, line 4, replace "§§" with "§"

On page 21, line 24, replace "§§" with "§"